# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. FIFE SYMINGTON, IV and ALEJANDRO N. CANELOS, Derivatively on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>ARISTEO A. CANELOS GUILLEN; ALEJANDRO CANELOS RODRIGUEZ; SERGIO PLATON ROMERO PEREZ; and DOES 1-50, inclusive,<br><br>  Defendants,<br><br>  -and-<br><br>INTERNATIONAL GREENHOUSE PRODUCE, S.A. de C.V.,<br>  Nominal Defendant. | Case No. 2:15-cv-9809-JAK-PJW<br><br>**JUDGMENT OF DISMISSAL**<br><br>**JS-6** |

For the reasons set forth in this Court's In Chambers Order dated June 30, 2016, IT IS ORDERED,

1. This action is dismissed in its entirety without prejudice.

2. This Judgment of Dismissal shall take effect 21 days from the date of its entry, to permit the Plaintiffs to file a new complaint in an appropriate forum during that period.

Dated:  July 22, 2016

_____
The Honorable John A. Kronstadt
United States District Court Judge